MICHAEL LI-MING WONG (SBN 194130)
   mwong@gibsondunn.com
AUSTIN SCHWING (SBN 211696)
   aschwing@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933
Telephone: 415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendant DoorDash, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GREGORY ANGELL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>            Plaintiff,<br><br>   v.<br><br>DOORDASH, INC.,<br><br>            Defendant. | Case No. 4:17-cv-01478-KAW<br><br>**STIPULATION TO ARBITRATE AND DISMISS ACTION AND [PROPOSED] ORDER**<br><br><u>Jury Trial Demanded</u><br><br>Date Action Filed: March 19, 2017<br>Trial Date: Not Set |

Defendant DoorDash, Inc. ("DoorDash") and Plaintiff Gregory Angell ("Plaintiff") hereby stipulate to (1) arbitrate this dispute on an individual, non-class basis before the American Arbitration Association, (2) dismiss this action, with each party bearing its own costs and attorney's fees.

///

///

///

///

///

///

///

Dated: May 22, 2017                     GIBSON, DUNN & CRUTCHER LLP
                                        MICHAEL LI-MING WONG
                                        AUSTIN V. SCHWING


                                        By:  */s/ Austin V. Schwing*
                                                  Michael Li-Ming Wong
                                                  Austin V. Schwing


                                        Attorneys for Defendant DOORDASH, INC.


Dated: May 22, 2017                     KAZEROUNI LAW GROUP, APC
                                        ABBAS KAZEROUNIAN
                                        MATTHEW M LOKER


                                        THE LAW OFFICES OF ERIC W. KEM
                                        ERIC W. KEM


                                        HYDE & SWIGART
                                        JOSHUA B. SWIGART


                                        By:  */s/ Matthew M. Loker*
                                                  Matthew M. Loker


                                        Attorneys for Plaintiff GREGORY ANGELL