MICHAEL LI-MING WONG (SBN 194130)
  mwong@gibsondunn.com
AUSTIN SCHWING (SBN 211696)
  aschwing@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933
Telephone: 415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendant DoorDash, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| GREGORY ANGELL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>DOORDASH, INC.,<br><br>Defendant. | Case No. 4:17-cv-01478-KAW<br><br>**STIPULATION TO ARBITRATE AND DISMISS ACTION AND [PROPOSED] ORDER**<br><br>Jury Trial Demanded<br><br>Date Action Filed: March 19, 2017<br>Trial Date: Not Set |

Defendant DoorDash, Inc. ("DoorDash") and Plaintiff Gregory Angell ("Plaintiff") hereby stipulate to (1) arbitrate this dispute on an individual, non-class basis before the American Arbitration Association, (2) dismiss this action, with each party bearing its own costs and attorney's fees.

///
///
///
///
///
///
///

| | |
|---|---|
| Dated: May 22, 2017 | GIBSON, DUNN & CRUTCHER LLP<br>MICHAEL LI-MING WONG<br>AUSTIN V. SCHWING<br><br>By: */s/ Austin V. Schwing*<br>　　　Michael Li-Ming Wong<br>　　　Austin V. Schwing<br><br>Attorneys for Defendant DOORDASH, INC. |
| Dated: May 22, 2017 | KAZEROUNI LAW GROUP, APC<br>ABBAS KAZEROUNIAN<br>MATTHEW M LOKER<br><br>THE LAW OFFICES OF ERIC W. KEM<br>ERIC W. KEM<br><br>HYDE & SWIGART<br>JOSHUA B. SWIGART<br><br>By: */s/ Matthew M. Loker*<br>　　　Matthew M. Loker<br><br>Attorneys for Plaintiff GREGORY ANGELL |

**[PROPOSED] ORDER**

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. The parties shall arbitrate this dispute on an individual, non-class basis before the American Arbitration Association;

2. This action is dismissed, with each party bearing its own costs and attorney's fees.

**IT IS SO ORDERED**

Dated: 5/30/17

_____*Kandis Westmore*_____
JUDGE KANDIS A. WESTMORE